```
                UNITED STATES DISTRICT COURT
                         FOR THE
                  DISTRICT OF MARYLAND
                    SOUTHERN DIVISION
```

EQUAL EMPLOYMENT OPPORTUNITY      )
COMMISSION,                       )
10 S. Howard Street, Suite 3000   )
Baltimore, Maryland 21201         )
                                  )
            Plaintiff,            )
                                  )    CIVIL ACTION NO.
      v.                          )
                                  )
CENTRAL WHOLESALERS,INC.          )    COMPLAINT
13401 Virginia Manor Road         )
Laurel, Maryland 20707            )
                                  )    JURY TRIAL DEMAND
                                  )
            Defendant.            )
_____)

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991, to correct unlawful employment practices on the basis of sex and race and to provide appropriate relief to La Tonya Medley, who was adversely affected by such practices.  The Commission alleges that Central Wholesalers, Inc. discriminated against Ms. Medley on the basis of her sex and race, black.  This discrimination was so severe and pervasive as to alter the conditions of Ms. Medley's employment and create a working environment so abusive and intolerable that Ms. Medley was constructively discharged.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. Sections 451, 1331, 1337, 1343 and 1345.  This action is

authorized and instituted pursuant to Section 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. Section 2000e-5(f)(1) and (3) ("Title VII") and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. Section 1981A.

2. The unlawful employment practices alleged below were committed within the jurisdiction of the United States District Court for the District of Maryland, Southern Division.

## PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is an agency of the United States of America charged with the administration, interpretation and enforcement of Title VII and is expressly authorized to bring this action by Section 706(f)(1) of Title VII, 42 U.S.C., Section 2000e-5(f)(1).

4. At all relevant times, Defendant Central Wholesalers, Inc. has continuously been and is now a corporation doing business in the State of Maryland and the City of Laurel and has continuously had at least fifteen employees.

5. At all relevant times, Defendant Central Wholesalers, Inc. has continuously been and is now an employer engaged in an industry affecting commerce under Section 701(b), (g) and (h) of Title VII, 42 U.S.C. Section 2000e-(b),(g) and (h).

## STATEMENT OF CLAIMS

6. More than thirty days prior to the institution of this lawsuit, La Tonya Medley filed a charge with the Commission alleging violations of Title VII by Defendant. All conditions precedent to the institution of this lawsuit have been fulfilled.

7.  Since at least September 2005, Defendant has engaged in unlawful employment practices at its Laurel, Maryland facility, in violation of Section 703(a)(1) of Title VII, 42 U.S.C. Section 2000e-2(a)(1).  The practices include Defendant's discrimination against Ms. Medley on account of her sex and race, black.  This sexual and racial discrimination resulted in Ms. Medley being subjected to a hostile working environment, and working conditions so intolerable that she was constructively discharged from her position as sales representative.

8.  The effect of the practices complained of above has been to deprive Ms. Medley of equal employment opportunities and otherwise adversely affect her status as an employee because of her sex and race, black.

9.  The unlawful employment practices complained of above were intentional.

10. The unlawful employment practices complained of above were done with malice and/or reckless indifference to the federally protected rights of Ms. Medley.

PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant, its officers, successors, assigns and all persons in active concert or participation with it, from engaging in sexual and racial discrimination and any other employment practice which discriminates on the basis of sex and race.

    B.    Order Defendant to institute and carry out policies, practices and programs which provide equal employment opportunities for women and black employees and which eradicate the effects of its past and present unlawful employment practices.

    C.    Order Defendant to make whole La Tonya Medley by providing appropriate back pay with prejudgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices.

    D.    Order Defendant to make whole La Tonya Medley by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described above, including but not limited to medical expenses and job search expenses, in amounts to be determined at trial.

    E.    Order Defendant to make whole La Tonya Medley by providing compensation for non-pecuniary losses resulting from the unlawful employment practices described above, including emotional pain and suffering, shock, anxiety, humiliation, and damage to her credit rating in amounts to be determined at trial.

    F.    Order Defendant to pay La Tonya Medley punitive damages for its malicious and/or reckless conduct, in an amount to be determined at trial.

    G.    Grant such further relief as the Court deems necessary and proper.

    H.    Award the Commission its costs in this action.

<u>JURY TRIAL DEMAND</u>

The Commission requests a jury trial on all questions of fact raised by its complaint.

                                      Respectfully submitted,

                                      JAMES L. LEE
Deputy General Counsel

GWENDOLYN YOUNG REAMS
Associate General Counsel

\_\_/s/_____
JACQUELINE H. MCNAIR
Regional Attorney

\_\_/s/_____
DEBRA M. LAWRENCE
Supervisory Trial Attorney

\_\_/s/_____
REGINA M. ANDREW
Trial Attorney
EQUAL EMPLOYMENT
  OPPORTUNITY COMMISSION
Baltimore District Office
10 S. Howard Street
3rd Floor
Baltimore, Maryland 21201
(410) 962-4220