**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **PETER J. MESSITTE** | 6500 CHERRYWOOD LANE |
| UNITED STATES DISTRICT JUDGE | GREENBELT, MARYLAND  20770 |
| | 301-344-0632 |

<u>M E M O R A N D U M</u>

TO:         Counsel of Record

FROM:   Judge Peter J. Messitte

RE:         <u>EEOC v. Central Wholesalers, Inc.</u>
              Civil Case No. PJM 06-1673

DATE:    September 20, 2011

******

On September 19, 2011, this Court held a hearing and **GRANTED** Defendant's Motion for Judgment as a Matter of Law on Plaintiff's Racial Discrimination Claim [Docket No. 152]. The Court also made rulings on Defendant's Motion to Dismiss for Failure to Satisfy the Jurisdictional Requirement of Conciliation [Docket No. 86] and Defendant's Renewed Motion for Summary Judgment on the EEOC's Claim for Compensatory Damages [Docket No. 87].

Upon further review, the Court notes that on May 24, 2011, it issued a Memorandum Order denying without prejudice Defendant's Motions at Docket 86 and 87 because it appeared that Defendant would raise the underlying issues in its post-trial briefing. In considering the post-trial briefing, the Court treated Defendant's Motions at Docket 86 and 87as renewed and ruled that Defendant's Motion to Dismiss for Failure to Satisfy the Jurisdictional Requirement of Conciliation [Docket No. 86] was **DENIED WITHOUT PREJUDICE** as before and Defendant's Renewed Motion for Summary Judgment on the EEOC's Claim for Compensatory Damages [Docket No. 87] was deemed **MOOT**.

                                                                              /s/
                                                                   PETER J. MESSITTE
                                                            UNITED STATES DISTRICT JUDGE

cc.  Court File