**PETER J. MESSITTE**                                          6500 CHERRYWOOD LANE
UNITED STATES DISTRICT JUDGE                          GREENBELT, MARYLAND  20770
                                                                              301-344-0632

# M E M O R A N D U M

TO:             Counsel of Record

FROM:       Judge Peter J. Messitte

RE:             EEOC v. Central Wholesalers, Inc.
                   Civil Case No. PJM 06-1673

DATE:        September 20, 2011

******

On September 19, 2011, this Court held a hearing and **GRANTED** Defendant's Motion for Judgment as a Matter of Law on Plaintiff's Racial Discrimination Claim [Docket No. 152].  The Court also made rulings on Defendant's Motion to Dismiss for Failure to Satisfy the Jurisdictional Requirement of Conciliation [Docket No. 86] and Defendant's Renewed Motion for Summary Judgment on the EEOC's Claim for Compensatory Damages [Docket No. 87].

Upon further review, the Court notes that on May 24, 2011, it issued a Memorandum Order denying without prejudice Defendant's Motions at Docket 86 and 87 because it appeared that Defendant would raise the underlying issues in its post-trial briefing.  In considering the post-trial briefing, the Court treated Defendant's Motions at Docket 86 and 87as renewed and ruled that Defendant's Motion to Dismiss for Failure to Satisfy the Jurisdictional Requirement of Conciliation [Docket No. 86] was **DENIED WITHOUT PREJUDICE** as before and Defendant's Renewed Motion for Summary Judgment on the EEOC's Claim for Compensatory Damages [Docket No. 87] was deemed **MOOT**.

_____*/s/*_____
PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

cc.  Court File